UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHERIN ANDERSON,
On behalf of herself and all others similarly situated,
    Plaintiff,

V.

CIVIL ACTION
NO.  21-10436-DPW

EATON VANCE CORPORATION,
    Defendant.

## ORDER OF DISMISSAL

WOODLOCK, D. J.

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made pursuant to the Conditional Order of Dismissal issued on June 15, 2021, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

DATE:  June 30, 2021

/s/ Barbara I. Beatty
Deputy Clerk